Entered on Docket Jul. 21, 2010

| ROUTH CRABTREE OLSEN, P.S. | Honorable Judge Samuel J. Steiner |
|---|---|
| 3535 FACTORIA BLVD. SE, SUITE 200 | Chapter 13 |
| BELLEVUE, WA 98006 | Hearing Location: Seattle |
| TELEPHONE (425) 458-2121 | Hearing Date: July 21, 2010 |
| FACSIMILE (425) 458-2131 | Hearing Time: 9:30 a.m. |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

KURT STEINERT and
FRANCESCA ESCALANTE,

Debtors.

Chapter 13 Bankruptcy

No.: 10-15375-SJS

ORDER SUSTAINING OBJECTION AND DENYING CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

THIS MATTER came before the Court upon SunTrust Mortgage, Inc.'s (hereinafter "Creditor") objection to confirmation of the Chapter 13 plan. The Court having reviewed the files and records and finding that for the reasons stated in the objection that the proposed plan should not be confirmed, NOW THEREFORE, IT IS HEREBY:

ORDERED that Creditor's objection to confirmation is sustained;

IT IS FURTHER ORDERED that confirmation of the proposed Chapter 13 plan filed June 1, 2010 is denied.

IT IS FURTHER ORDERED that Debtor's counsel is required to file and serve an amended plan no later than _July 28, 2010_. The amended plan must be noted for hearing no later than _August 18, 2010_.

Dated this _21_ day of _July_, 2010.

_____
U.S. Bankruptcy Judge Samuel J. Steiner

Presented by:

_____
Jennifer Aspaas, WSBA# 26303
Attorney for SunTrust Mortgage, Inc.

ORDER SUSTAINING OBJECTION AND
DENYING CONFIRMATION -1